IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY RUXTON, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATRIXX INITIATIVES, INC., a Delaware Corporation; ZICAM, LLC, an Arizona Limited Liability Corporation; BOTANICAL LABORATORIES, INC., a Washington Corporation; and WAL-MART STORES, INC., a Delaware Corporation;<br><br>　　　　　Defendants. | 4:11CV3183<br><br>MEMORANDUM AND ORDER |

　　　　The parties' stipulation, (Filing No. 33), is granted, and the final progression order is modified as follows:

　　1)　　The deadline for identifying expert witnesses expected to testify at the trial is December 31, 2012.

　　2)　　The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　　For the plaintiff(s):　　January 18, 2013
　　　　　For the defendant(s):　　March 15, 2013

　　3)　　All other deadlines of the final progression order remain in effect.

December 14, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge